No. 732. EL PUEBLO, DEMANDANTE Y APELANTE, *v.* FAJARDO,
DEMANDADO Y APELADO.—Apelación procedente de la Corte de
Distrito de Mayagüez en causa por infracción de la ley de
rentas internas. Moción del apelado para que se desestime
la apelación, para acumular las dos apelaciones Nos. 732 y
733 y para suspender la vista de este caso. Resuelto en
noviembre 17, 1914. Denegada la moción en todas sus partes,
menos en cuanto a la desestimación del recurso, sobre cuyo
particular la corte se reserva dictar resolución cuando se
decida el caso en definitiva. Abogados del apelante: *Sres.
Robert Szold* y *Salvador Mestre, Fiscal.* Abogados del acu-
sado: *Sres. Willis Sweet* y *Benjamin J. Horton.*

---

No. 723. EL PUEBLO, DEMANDANTE Y APELADO, *v.* BENÍTEZ
ET AL., ACUSADOS Y APELANTES.—Apelación procedente de la
Corte de Distrito de Humacao en causa por infracción del
artículo 85 del Código Penal. Moción del apelante para corre-
gir los autos. Resuelto en noviembre 18, 1914. Denegada la
moción sin perjuicio de acordar lo que proceda si se presen-
tase nuevamente dicho documento con la aprobación y certi-
ficación del Juez sentenciador. Abogado del Pueblo: *Sr. Sal-
vador Mestre, Fiscal.* Abogado de los apelantes: *Sr. Euge-
nio Benítez Castaño.*